UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,   CRIMINAL NO. 06-305 (DSD/JSM)

    Plaintiff,

v.   ORDER

DERRICK BUCKS,

    Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated November 28, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. Defendant's Motions to Suppress Statements [Docket No. 18] is **DENIED**.

2. Defendant's Motion to Suppress Evidence [Docket No. 19] is **DENIED**.

3. Defendant's Motion to Suppress Evidence Seized After Arrest [Docket No. 24] is **DENIED**.

Dated: December 11, 2006

                              s/David S. Doty
                              DAVID S. DOTY
                              United States District Court Judge